

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00222-CR

JOHNNIE DUNNING                                                    APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 0632435D

----------

## MEMORANDUM OPINION[1]

----------

We have considered appellant's "Motion to Withdraw Notice of and Dismiss Appeal," which is unopposed. The motion complies with rule 42.2(a) of the rules of appellate procedure. *See* Tex. R App. P. 42.2(a). No decision of this court having been delivered, we grant the motion insofar as it seeks to dismiss

---

[1]*See* Tex. R. App. P. 47.4.

the appeal and, therefore, dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 26, 2015